IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HANNAH MCCULLAR                                                    PLAINTIFF

VS.                                              CAUSE NO.: 1:16cv68-GHD-DAS

ALLIANCE HEALTH PARTNERS, LLC
D/B/A MERIT HEALTH BATESVILLE
F/K/A TRI-LAKES MEDICAL CENTER                                     DEFENDANT

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to File Medical Records Under Seal. The Court finds that the Motion should be **GRANTED**. Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff shall file her medical records, Exhibit "C" to her response in opposition to Defendant's motion for summary judgment, under seal by submitting electronic copies of the documents to the Clerk. The Clerk shall file said documents under seal.

SO ORDERED, this, the 21st day of March, 2017.

_____
HON. GLEN H. DAVIDSON
UNITED STATES DISTRICT JUDGE