IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HANNAH McCULLAR                                                PLAINTIFF

v.                                              CIVIL ACTION NO. 1:16-cv-00068-GHD-DAS

ALLIANCE HEALTH PARTNERS, LLC
d/b/a Merit Health Batesville f/k/a Tri-Lakes
Medical Center                                                 DEFENDANT

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, the Court ORDERS that Defendant's motion for summary judgment [20] is DENIED. This matter shall proceed to trial.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 25th day of July, 2017.

_____
SENIOR U.S. DISTRICT JUDGE